UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA


THERESA PURPERA FLINT, ET AL

VERSUS

JALIN, INC., ET AL

CIVIL ACTION

NUMBER 10-113-BAJ-SCR

**<u>NOTICE</u>**

Please take notice that the attached Magistrate Judge's Report has been filed with the Clerk of the U. S. District Court.

In accordance with 28 U.S.C. §636(b)(1), you have 14 days after being served with the attached report to file written objections to the proposed findings of fact, conclusions of law, and recommendations set forth therein. Failure to file written objections to the proposed findings, conclusions and recommendations within 14 days after being served will bar you, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the District Court.

ABSOLUTELY NO EXTENSION OF TIME SHALL BE GRANTED TO FILE WRITTEN OBJECTIONS TO THE MAGISTRATE JUDGE'S REPORT.

Baton Rouge, Louisiana, January 25, 2011.

STEPHEN C. RIEDLINGER
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

THERESA PURPERA FLINT, ET AL

VERSUS

JALIN, INC., ET AL

CIVIL ACTION

NUMBER 10-113-BAJ-SCR

MAGISTRATE JUDGE'S REPORT

A review of the record showed that defendant Ray Palmer has not filed an answer or otherwise made an appearance, there is no evidence of service of process in the record, and the plaintiffs have not moved for an extension of time to serve the defendant. Plaintiffs were ordered to show cause why their claims against him should not be dismissed pursuant to Rule 4(m), Fed.R.Civ.P. Record document number 23. Plaintiffs were required to file a written response to the show cause order by January 14, 2011, and were advised that failure to timely file a written response to the show cause order will be interpreted as the plaintiffs' consent to dismissal of their claims against defendant Palmer pursuant to Rule 4(m).

Plaintiffs did not file any response to the show cause order. Palmer has still not filed an answer or otherwise made an appearance, there is no evidence of service of process in the record, and the plaintiffs did not move for an extension of time to serve him. There is no basis in the record for the court to extend

the time for the plaintiffs to serve Palmer.

### Recommendation

It is the recommendation of the magistrate judge that the plaintiffs' claims against defendant Ray Palmer be dismissed, without prejudice, pursuant to Rule 4(m).[1]

Baton Rouge, Louisiana, January 25, 2011.

_____
STEPHEN C. RIEDLINGER
UNITED STATES MAGISTRATE JUDGE

---

[1] It is well established that a dismissal without prejudice is permitted by Rule 4(m) even when a re-filed complaint would be time-barred. *Winters v. Teledyne Movible Offshore, Inc.*, 776 F.2d 1304 (5th Cir. 1985); *McDonald v. United States*, 898 F.2d 466 (5th Cir. 1990); *Traina v. United States*, 911 F.2d 1155 (5th Cir. 1990); *Peters v. United States*, 9 F.3d 344 (5th Cir. 1993); *contra Millan v. USAA General Indem. Co.*, ___ F.3d ___ , 2008 WL 4590676 (5th Cir. 10/16/2008)(applying Rule 41(b) standard to Rule 4(m) dismissal).