UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

THERESA PURPERA FLINT, ET AL

VERSUS

JALIN, INC., ET AL

CIVIL ACTION

NO. 10-113-BAJ-SCR

## RULING

The Court, after carefully considering the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated January 25, 2011, to which no objection has been filed, hereby approves the report and recommendation of the magistrate judge and adopts it as the Court's opinion herein.

Accordingly, the plaintiffs' claim against defendant Ray Palmer shall be **DISMISSED**, without prejudice, pursuant to Rule 4(m).

Baton Rouge, Louisiana, February 23, 2011.

BRIAN A. JACKSON
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA