# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

**THERESA PURPERA FLINT, ET AL.**

**VERSUS**

**JALIN, INC., ET AL.**

CIVIL ACTION

NO. 10-113-BAJ-SCR

## RULING AND ORDER

Before the Court is Defendants' **Motion for Review on the Notice of Application to Have Costs Taxed (Doc. 72)**, filed by Jalin, Inc. and Roebrt Earl McPeak, seeking review of the Clerk of Court's June 26, 2015, adjudication of their Notice of Application to Have Costs Taxed.

Considering Defendants' submission of the requisite documentation:

**IT IS ORDERED** that the supplemental notice is **REFERRED** to the Clerk of Court.[1]

Baton Rouge, Louisiana, this 15th day of July, 2015.

_____
**BRIAN A. JACKSON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] The Court notes that the Bill of Costs Form for the Middle District of Louisiana specifically requires a party to attach an itemization and documentation for requested costs in all categories. Attorneys for the defendants were notified by the Clerk of Court that their previously submitted Notice of Application to Have costs Taxed was deficient in this respect. After waiting two weeks for Defendants to supplement the additional documentation with invoices to support their requested costs and receiving no response, the Clerk of Court taxed costs to the extent allowable.

D. Gregory, N. Toups